IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BRANDON DORT,

          Appellant,

 v.

STATE OF FLORIDA,

          Appellee.

_____/

Case No.  5D21-1697
LT Case Nos.  2007-CF-13756-A-O
2007-CF-11708-C-O
2007-CF-003269-A-O
2007-CF-17657-A-O
2007-CF-13298-A-O
2007-CF-13299-A-O
2007-CF-13296-A-O
2007-CF-13297-A-O
2007-CF-14907-A-O
2008-CF-006158-A-O

Decision filed May 3, 2022

Appeal from the Circuit Court
for Orange County,
Bob LeBlanc, Judge.

Matthew J. Metz, Public Defender,
and Kathryn Rollison Radtke, Assistant
Public Defender, Daytona Beach,
for Appellant.

Brandon Dort, Crestview, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas,
Jr., Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.


EVANDER, COHEN and HARRIS, JJ., concur.